EDITH ROSMAN et al. v. TRANS WORLD AIRLINES, INC. — Motion, insofar as it seeks reargument, denied. Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and the following question certified: "Was the order of this Court, which reversed the order of the Supreme Court, properly made?" Concur — Nunez, Kupferman and Capozzoli, JJ.; McGivern, J. P., dissents in the following memorandum: I disagree with my brethren concerning their granting of leave to go to the Court of Appeals. 1. There was no dissenting opinion. 2. The very basis of our decision was that triable issues remained, including "a determination of the precise meaning of the original official French text of Article 17 of the Warsaw Convention." Thus, with unanimity, we, in effect, determined that the record was incomplete and nonfinal, and unready for review. (Cf. CPLR 5602; Cohen and Karger, Powers of the New York Court of Appeals [1952], § 39.) Granting leave involves an inherent contradiction.